# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANGELA BERNHARDINE GALLO, al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| § | |
| v. § | CASE NO. 1:23-cv-23266 |
| § | |
| CARNIVAL CORPORATION § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's order of August 29, 2023, Doc. 102, plaintiffs state that the following persons have an interest in the outcome of this case:

Angela Bernhardine Gallo, Individually and as Personal Representative of the Estate of Basilio Gallo, Deceased, and Lisa Antonietta Lieselolotte Gallo, Individually
*Plaintiffs*

Rebecca Vinocur
rvinocur@rsv-law.com
5915 Ponce de Leon Blvd.
Suite 14
Coral Gables, FL  33146
Tel. 786-691-1282
Fax 786-691-1283
*Counsel for Plaintiffs*

Michael Armitage
armitage@waterskraus.com
Chris Johnson
cjohnson@waterskraus.com
Charles Siegel
siegel@waterskraus.com
3141 Hood Street
Suite 200
Dallas, Texas 75219
Tel. 214-357-6244
Fax 214-357-7252
*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Rebecca Vinocur*
Rebecca Vinocur
Florida Bar No. 0529915
rvinocur@rsv-law.com
Rebecca S. Vinocur, P.A.
5915 Ponce de Leon Blvd.
Suite 14 Coral Gables, FL 33146
Tel. (786) 691-1282
Fax (786) 691-1283
Counsel for Plaintiffs

and

Michael Armitage
armitage@waterskraus.com
Chris Johnson
cjohnson@waterskraus.com
Charles Siegel
siegel@waterskraus.com
3141 Hood Street
Suite 200
Dallas, Texas 75219
Tel. 214-357-6244
Fax  214-357-7252
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

September 7, 2023.

*/s/ Rebecca Vinocur*
Rebecca Vinocur