# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 15, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____JG____D.C.
Aug 15, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 24-10114-GG
Case Style: Angela Gallo, et al v. Carnival Corporation
District Court Docket No: 1:23-cv-23266-CMA

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel is advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10114

Non-Argument Calendar

_____

ANGELA BERNHARDINE GALLO,
Angela Bernhardine Gallo Individually
and as Personal Representative of the
Estate of Basilio Gallo, Deceased,
LISA ANTIONIETTA LIE GALLO,
Individually,

                                                                Plaintiffs-Appellees,

versus

CARNIVAL CORPORATION,
Carnival Corporation Which Will Do Business In California
As Carnival Cruises Lines, a Foreign Corporation with
its principal place of business in the State of Florida,

| 2 | Opinion of the Court | 24-10114 |
|---|---|---|

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-23266-CMA

_____

Before LAGOA, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Upon review of the record and the responses to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction. Appellant challenges a portion of the district court's December 12, 2023 order that it alleges denied appellant's motion to compel arbitration. However, the December 12 order did not deny that motion, and the motion was previously denied as premature in a paperless order entered on October 29, 2023. Appellant clarifies that it does not appeal the October 29 order, and that it only appeals the portion of the December 12 order that it asserts denied its motion to compel. *See* Fed. R. App. P. 3(c)(4). Because the appellant challenges only a non-existent ruling, we conclude that the appellant lacks appellate standing. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003).