# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____JG____D.C.

Aug 16, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 24-10114-GG
Case Style: Angela Gallo, et al v. Carnival Corporation
District Court Docket No: 1:23-cv-23266-CMA

The referenced appeal was erroneously dismissed on August 16, 2024.

The appeal has been reinstated by the clerk.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10114-GG

_____

ANGELA BERNHARDINE GALLO,
Angela Bernhardine Gallo Individually
and as Personal Representative of the
Estate of Basilio Gallo, Deceased,
LISA ANTIONIETTA LIE GALLO,
Individually,

                        Plaintiffs - Appellees,

versus

CARNIVAL CORPORATION,
Carnival Corporation Which Will Do Business In California
As Carnival Cruises Lines, a Foreign Corporation with
its principal place of business in the State of Florida,

                        Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: This appeal is reinstated by the clerk, effective August 16, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                        FOR THE COURT - BY DIRECTION